UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm 1634**

In re:

JOHN O'MAHONEY
CARLA O'MAHONEY

Chapter 13

Case No.: 15-72384-736

**CERTIFICATION OF
COMPLETED PLAN**

Debtor(s)
---------------------------------------------------------X

     MICHAEL J. MACCO, Chapter 13 Trustee, states that upon information and belief the Debtor(s) has completed the Chapter 13 Plan. Accordingly, it is therefore requested that the Clerk issue a discharge if it determines the Debtor(s) has complied with all of the statutory requirements for doing so.  The Trustee will file a Final Report and Account when all payments to creditors have been accounted for, and all checks have cleared.  The Trustee requests that the Court keep the case open pending receipt of the Final Report and Account.

Dated: Islandia, New York
       June 2, 2017

                                                                    */s/ Michael J. Macco*
                                                                      **MICHAEL J. MACCO**
                                                                      Chapter 13 Trustee